IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02632-BNB

DERIC VAN FLEET,

    Plaintiff,

v.

CAPTAIN TIDWELL (Sterling Correctional Facility), and
NURSE PRINSLOO (Sterling Correctional Facility Medical),

    Defendants.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

    Plaintiff, Deric Van Fleet, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Van Fleet has filed *pro se* a Prisoner Complaint (ECF No. 1) claiming his constitutional rights were violated on February 2, 2014. The court must construe the Prisoner Complaint liberally because Mr. Van Fleet is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110.

    The Prisoner Complaint is deficient because it is not clear who Mr. Van Fleet is suing. Mr. Van Fleet lists two individuals as Defendants in the caption of the Prisoner Complaint, as indicated in the caption of this order, and he lists the same two individuals as Defendants on page 2 of the Prisoner Complaint. However, Mr. Van Fleet indicates in the body of the Prisoner Complaint (*see* ECF No. 1 at 5) that he also is asserting one of his claims against a third individual, Nurse Julie, who is not listed as a Defendant

elsewhere in the Prisoner Complaint.

Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[t]he title of the complaint must name all the parties." Therefore, if Mr. Van Fleet intends to assert a claim against Nurse Julie, he must file an amended complaint that includes her as a Defendant and he must provide a complete address for each named Defendant so that they may be served properly. If Mr. Van Fleet does not intend to pursue a claim against Nurse Julie, he is not required to file an amended complaint. If Mr. Van Fleet does not file an amended complaint, the court will proceed to review his claims against the two individuals named as Defendants in the Prisoner Complaint. Accordingly, it is

ORDERED that Mr. Van Fleet file, **within thirty (30) days from the date of this order**, an amended complaint that complies with this order if he intends to pursue a claim or claims against anyone other than the two Defendants listed in the caption of the Prisoner Complaint. It is

FURTHER ORDERED that Mr. Van Fleet shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

DATED October 6, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge