IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02632-BNB

DERIC VAN FLEET,

    Plaintiff,

v.

CAPTAIN TIDWELL (Sterling Correctional Facility), and
NURSE PRINSLOO (Sterling Correctional Facility Medical),

    Defendants.

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

    Plaintiff, Deric Van Fleet, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Van Fleet initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983 claiming his rights under the United States Constitution have been violated. Mr. Van Fleet lists two Defendants in the caption of the Prisoner Complaint. However, he indicates in the body of the Prisoner Complaint that he also is asserting one of his claims against a third individual, Nurse Julie, who is not listed as a Defendant in the Prisoner Complaint.

    On October 6, 2014, Magistrate Judge Boyd N. Boland entered an order directing Mr. Van Fleet to clarify who he is suing and to file an amended complaint if he intends to pursue a claim against Nurse Julie. Magistrate Judge Boland advised Mr. Van Fleet that he is not required to file an amended complaint if he does not intend to pursue a claim against Nurse Julie.

Mr. Van Fleet has not filed an amended complaint within the time allowed. Therefore, to the extent the Prisoner Complaint can be construed to assert a claim against Nurse Julie, that claim will be dismissed and Nurse Julie will be dismissed as a party to this action. The Court will not address at this time the merits of Mr. Van Fleet's claims against Captain Tidwell and Nurse Prinsloo. Instead, the action will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that, to the extent the Prisoner Complaint may be construed as asserting a claim against Nurse Julie, that claim is dismissed without prejudice and Nurse Julie is dismissed as a party to this action. It is

FURTHER ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge

DATED at Denver, Colorado, this  13th  day of   November  , 2014.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court