IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02632-NYW

DERIC VAN FLEET,

    Plaintiff,

v.

CAPTAIN TIDWELL, and
NURSE PRINSLOO,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Opinion and Order entered by the Honorable Nina Y. Wang on August 13, 2015, incorporated herein by reference, it is

ORDERED that Defendants Tidwell and Prinsloo's Motion to Dismiss (Doc. No. 17) is GRANTED.  It is

FURTHER ORDERED that   Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE .

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Captain Tidwell and Nurse Prinsloo, and against Plaintiff, Deric Van Fleet.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's

fees.

DATED at Denver, Colorado this   23rd   day of November, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk